✎ AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. 10cv131 | DATE FILED 1/22/2010 | U.S. DISTRICT COURT for the District of Columbia |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| CEPHALON, INC.<br>41 Moores Road<br>Frazer, PA 19355 | DAVID J. KAPPOS<br>P.O. Box 15667<br>Arlington, VA 22215 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,566,805 | 7/28/2009 | CEPHALON, INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 03/29/2010 MINUTE ORDER granting the parties' 4 joint motion for remand. Upon consideration of the parties' joint motion to remand this matter to the United States Patent and Trademark Office ("USPTO") in lieu of filing an answer, it is hereby ORDERED that the parties' joint motion is granted; and it is FURTHER ORDERED that the existing patent-term calculation is vacated; and it is ORDERED that this matter is remanded to the USPTO for recalculation and adjustment of the disputed patent term in accordance with the Federal Circuit's decision in Wyeth v. Kappos, 591 F.3d 1364 (Fed. Cir. 2010) and the USPTO's published interim procedures for such calculations; and it is FURTHER ORDERED that the parties shall file a joint status report with this court no later than seven days after the USPTO's recalculation of the patent term, notifying the court of whether there is a need to continue this action and, if so, proposing a schedule to govern future proceedings; and it is ORDERED that this matter is stayed while on remand. The case shall be administratively closed pending further order of the court. SO ORDERED. Signed by Judge Ricardo M. Urbina on 3/29/10. (lcrmu2) (Entered: 03/29/2010) |

| CLERK<br>Angela D. Caesar | (BY) DEPUTY CLERK<br>/s/ Nicole Wilkens | DATE<br>3/30/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy